MICHAEL J. HEYMAN
United States Attorney

CHARLES SCHMITZ
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: charles.schmitz@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HENRY EVERT EBBEN JR.,<br><br>Defendant. | No. 3:26-cr-00084-ACP-MMS<br><br>COUNT 1<br>THEFT OF GOVERNMENT PROPERTY<br>Vio. of 18 U.S.C. § 641 |

**INDICTMENT**

The Grand Jury charges that:

COUNT 1

From on or about October 20, 2021 through on or about October 20, 2026, within the District of Alaska and elsewhere, the defendant, HENRY EVERT EBBEN JR., did willfully and knowingly embezzle, steal, purloin, and knowingly convert to his own use and the use of another, money belonging to the United States and a department and agency

thereof, namely: U.S. Department of Veterans Affairs (VA) disability benefit funds, the value of such money being in excess of $1,000.

All in violation of 18 U.S.C. § 641.

A TRUE BILL

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Charles Schmitz
CHARLES SCHMITZ
Assistant U.S. Attorney
United States of America

s/ Michael J. Heyman
MICHAEL J. HEYMAN
United States Attorney

DATE: 10/20/26